SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
Karen M. Leser Grenon (SBN 231189)
401 West A Street
Suite 2350
San Diego, CA 92101
Tel: 619/235-2416
Fax: 619/234-7334
E-mail: kleser@sfmslaw.com

(Additional counsel appear on signature page)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ALVARADO and JASON TOWNSEND, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 3:09-CV-01202-WHA <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs, Rodney Alvarado and Jason Townsend, voluntarily dismiss this action.

Dated: April 23, 2009

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

/s/ Karen M. Leser Grenon
Karen M. Leser Grenon (SBN 231189)
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
kleser@sfmslaw.com